# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAY BUDAGYAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARVIN H. ROSE CO., INC., *et al*.<br><br>　　　　　　Defendants. | **Case No. 1:16-cv-00745-DAD-SKO**<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS** |

　　On August 3, 2016, the parties settled the present action and placed the terms of that settlement on the record. (ECF No. 8.) The parties were instructed to file appropriate dispositional documents no later than October 3, 2016. Alternatively, the parties were instructed that they could file a status report re: dispositional documents by that same date. To date, the parties have failed to comply with this order.

　　Accordingly, no later than **November 10, 2016**, the parties shall file a written response to this Order to Show Cause why sanctions should not issue for their failure to file dispositional documents. In the response, the parties shall explain the reason for failing to comply with this Court's order. Alternatively, the parties may file dispositional documents or an appropriate status report.

Failure to respond to this Order to Show Cause will result in sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:  **November 2, 2016**           /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE