UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAY BUDAGYAN, an individual, | No. 1:16-cv-00745-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| MARVIN H. ROSE CO., INC., a corporation, MARVIN H. ROSE INSURANCE AGENCY, a corporation, MARVIN H. ROSE, NATHAN ROSE, and DOES 1-20, inclusive, | (Doc. No. 10) |
| Defendants. | |

On November 4, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. The order to show cause issued on November 2, 2016 (Doc. No. 9) is discharged. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **November 7, 2016**

*[signature]*
UNITED STATES DISTRICT JUDGE

1